UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sheng-Wen Cheng,                                            File No. 23-cv-2152 (ECT/LIB)

      Petitioner,

v.                                                          **ORDER ACCEPTING REPORT
                                                            AND RECOMMENDATION**

Jared Rardin,

      Respondent.

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on January 10, 2024.  ECF No. 27.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1. The Report and Recommendation [ECF No. 27] is **ACCEPTED**;

    2. Petitioner Sheng-Wen Cheng's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED without prejudice as moot**.

            **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 9, 2024                         s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court